AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Paxum Bank Limited

*Plaintiff(s)*

v.

Paxum Holdings Inc and Ryan Kirkley

*Defendant(s)*

Civil Action No. 1:24-cv-23915-RNS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  KIRKLEY, RYAN
2555 COLLINS AVE
PH112
MIAMI, FL 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

HEITNER LEGAL, P.L.L.C.
215 Hendricks Isle
Fort Lauderdale, FL 33301
darren@heitnerlegal.com
Ph. (954) 558-6999

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 10, 2024

Angela E. Noble
Clerk of Court

SUMMONS

*P. Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Paxum Bank Limited <br><br> *Plaintiff(s)* <br> v. <br> Paxum Holdings Inc and Ryan Kirkley <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:24-cv-23915-RNS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Paxum Holdings Inc
2555 COLLINS AVE
PH112
MIAMI, FL 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  HEITNER LEGAL, P.L.L.C.
215 Hendricks Isle
Fort Lauderdale, FL 33301
darren@heitnerlegal.com
Ph. (954) 558-6999

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: Oct 10, 2024



Angela E. Noble
Clerk of Court

Deputy Clerk
U.S. District Courts